**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT L. MCCRARY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 4:10-CV-295 (CEJ)** |
| | ) | |
| **STIFEL, NICOLAUS & CO., INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

**This matter is before the Court on three motions filed by plaintiff: (1) plaintiff's motion to substitute his first amended complaint; (2) plaintiff's motion for leave to file a response to defendant's motion to strike one day out of time; and (3) plaintiff's motion for leave to file an un-redacted copy of his amended complaint under seal.**

**The Court granted a request by plaintiff to amend his complaint on March 17, 2010. Plaintiff now states that the proposed amended complaint that he attached to his earlier motion was in draft form and not suitable for filing. Plaintiff seeks leave of Court to substitute a new amended complaint. Plaintiff also seeks to file an un-redacted copy of the complaint under seal.**

**The Court will allow plaintiff to substitute his amended complaint and to file an un-redacted version under seal. The Court will also grant plaintiff's request to file his response to defendant's motions out of time.**

**Because the Court has allowed plaintiff to amend his complaint, defendant's motions to strike and to dismiss the complaint will be denied as moot. If the alleged deficiencies of the original complaint persist in plaintiff's amended complaint, defendant can re-file its motions.**

**Accordingly,**

**IT IS HEREBY ORDERED that plaintiff's motion [#22] to substitute his amended complaint is granted.**

**IT IS FURTHER ORDERED that plaintiff's motion [#26] for leave of Court to file an un-redacted version of the amended complaint under seal is granted.**

**IT IS FURTHER ORDERED that plaintiff's motion [#25] for leave of Court to file his response to defendant's motions out of time is granted.**

**IT IS FURTHER ORDERED that defendant's motion [#12] to strike portions of the complaint is denied as moot.**

**IT IS FURTHER ORDERED that defendant's motion [#14] to dismiss the complaint is denied as moot.**

**CAROL E. JACKSON**
**UNITED STATES DISTRICT JUDGE**

**Dated this 24th day of March, 2010.**