**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT L. MCCRARY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:10-CV-00295-CEJ |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED, | ) | Removed from St. Louis City Circuit Court, State of Missouri, Cause No. 0922-CC-10284 |
| | ) | |
| Defendant. | ) | |

**DEFENDANT STIFEL, NICOLAUS & COMPANY, INCORPORATED'S**
**MOTION FOR CLARIFICATION AND EXTENSION OF TIME**

COMES NOW Defendant Stifel, Nicolaus & Company, Incorporated ("Stifel"), by its undersigned attorneys, and respectfully requests clarification of the Court's Order dated March 24, 2010 and an extension of time to respond to Plaintiff's most recent Amended Complaint. In support of this Motion, Stifel respectfully states as follows:

1. By Order dated March 24, 2010, this Court granted Plaintiff's Motion for Leave to Vacate the First Amended Complaint [Doc. No. 22] and Plaintiff's Motion for Leave to File Out of Time [Doc. No. 25].

2. By such Order, the Court accepted the Amended Complaint submitted by Plaintiff on March 23, 2010 [Doc. No. 24].

3. For clarification of the Court's Order, Stifel requests the Court to deem the most recent Complaint the "Third Amended Complaint" based on the following history:

- **December 21, 2009:** Plaintiff files a Petition for damages in the Circuit Court of the City of St. Louis.

- **January 29, 2010:** Plaintiff files the First Amended Petition in the Circuit Court of the City of St. Louis alleging a putative class action based on Missouri state law.
- **February 18, 2010:** Stifel files a Notice of Removal to remove Plaintiff's alleged putative class action to federal court based upon the Securities Litigation Uniform Standards Act of 1998 ("SLUSA").
- **March 8, 2010:** Plaintiff files a Motion for Extension of Time, requests leave to file another amended complaint, and attaches a draft amended complaint.
- **March 9, 2010:** Stifel responds to Plaintiff's Motion for Extension of Time and requests the Court to order Plaintiff to formally request leave to file an amended complaint, as well as reference his amended complaint as the "Second Amended Complaint" in light of the First Amended Complaint filed in state court on January 29, 2010.
- **March 17, 2010:** The Court enters an Order granting Plaintiff until March 22, 2010 to respond to Stifel's Motion to Dismiss, and grants Plaintiff leave to file an amended complaint. On this same date, the Court accepts and files the amended complaint attached to Plaintiff's Motion for Extension of Time.
- **March 23, 2010:** Plaintiff files a Motion for Leave to File First Amended Complaint and Vacate Filing of First Amended Complaint of March 17, 2010. Plaintiff continues to incorrectly refer to all previous complaints as the "First" amended complaint.
- **March 23, 2010:** Plaintiff files another amended complaint and raises claims arising from, <u>inter alia</u>, churning, unauthorized trading, and control person

liability. Plaintiff continues to refer to this pleading as a "First" amended complaint.

4. As can be seen, amended complaints have been filed and/or submitted in this matter on January 29, 2010, March 17, 2010, and March 23, 2010. Therefore, it is proper to deem the most recent complaint the Third Amended Complaint.

5. Assuming the Third Amended Complaint was filed pursuant to the Court's Order dated March 24, 2010, a response is due on or before April 12, 2010. See Fed.R.Civ.P. 15(a)(3) (unless the court orders otherwise, a response to an amended pleading must be made within fourteen days after service thereof); Fed.R.Civ.P. 6(d) (providing that three days are added to time periods where service is made by electronic means).

6. The Third Amended Complaint admits that the instant claims are subject to the heightened standards for securities class actions as codified in the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4.

7. To address whether Plaintiff has complied with the PSLRA and any other applicable requirements, including those issues previously raised, Stifel requests an extension of time of twenty-one (21) days, up to and including May 3, 2010, to file a Motion to Strike, Motion to Dismiss, and/or otherwise respond to the Third Amended Complaint.

WHEREFORE, Stifel respectfully requests this Court to enter an Order:

(a) deeming the amended complaint submitted by Plaintiff on March 23, 2010 [Doc. No. 24] the "Third Amended Complaint";

(c) granting Stifel up to and including Monday, May 3, 2010 to file a Motion to Strike, Motion to Dismiss, and/or otherwise respond to the Third Amended Complaint; and

(d) granting Stifel such other and further relief deemed just and proper by the Court.

Date: March 25, 2010

Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.

By: __________/s/ Lisa A. Nielsen________________
Lisa A. Nielsen, E.D. Reg. No. 31995
lan@greensfelder.com
Donald D. McBride II, E.D. Reg. No. 534183
ddm@greensfelder.com
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
(314) 345-4792 – FAX

*Attorneys for Stifel, Nicolaus & Company Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of March 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

L. Steven Goldblatt, Esq.
Goldblatt Law Firm
800 Bonhomme Avenue
Suite 241
St. Louis, MO 63105
(314) 288-8455
lsgold7@swbell.net

*Attorneys for Plaintiff*

/s/ Lisa A. Nielsen