UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROBERT L. McCRARY, et al., )
)
    Plaintiffs, )
)
vs. ) Case No. 4:10-CV-295 (CEJ)
)
STIFEL NICHOLAUS & CO., INC., et al., )
)
    Defendants. )

## ORDER

In accordance with the parties' joint motion to arbitrate and dismiss this case without prejudice pending arbitration [Doc. # 117],

**IT IS HEREBY ORDERED** that the claims of plaintiff Robert L. McCrary against all defendants are referred to arbitration.

**IT IS FURTHER ORDERED** that this matter is dismissed without prejudice pending that arbitration.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 5th day of April, 2013.